68 NEW JERSEY MISCELLANEOUS REPORTS.

N. J. Dept. Labor—Lee v. M. W. Kellogg Co.

NEW JERSEY DEPARTMENT OF LABOR,
WORKMEN'S COMPENSATION BUREAU.

ELIJAH LEE, PETITIONER, v. M. W. KELLOGG COMPANY,
RESPONDENT.

On determination and judgment.

For the petitioner, *I. Ross McCombe.*

For the respondent, *George Meredith.*

It was stipulated and agreed that for the purpose of com promising and forever closing the case, the respondent shall pay to the petitioner the following sum by way of compensation, namely, one hundred and twenty-one dollars and forty-three cents ($121.43), representing a total of seven and one-seventh weeks for temporary disability. The legal advisor of the petitioner is to receive a counsel fee of twenty-five ($25.00) dollars, which respondent is to pay in addition thereto, and Doctor Hugh White is to receive fifteen ($15.00) dollars in addition thereto for medical services rendered to petitioner, and that the case is to be terminated upon this settlement.

CHARLES E. CORBIN,
*Deputy Commissioner.*